IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 16-30053-DRH |
| | ) | |
| ERIC D. JACKSON | ) | Title 18, United States Code, |
| | ) | Section 1001 |
| Defendant. | ) | |

FILED

APR 19 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
False Statement

On or around September 30, 2015, in St. Clair County, Illinois, within the Southern District of Illinois,

**ERIC D. JACKSON,**

defendant, did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States by telling United States Postal Inspectors during a telephone inquiry that he had delivered two parcels to their respective delivery addresses. The statements and representations were false because, as **JACKSON** then and there knew, he had not made either of those deliveries and, instead, had delivered the parcels to someone else, all in violation of Title 18, United States Code, Section 1001(a)(2).

**A TRUE BILL**

EMILY J. WASSERMAN
Special Assistant United States Attorney
RANLEY R. KILLIAN
Assistant United States Attorney

JAMES L. PORTER
Acting United States Attorney

Recommended Bond: $5,000 unsecured