IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC D. JACKSON,

Defendants.                                              No. 16-30053-DRH

ORDER

**HERNDON, District Judge**:

Pending before the Court is defendant's motion for continuance (Doc. 21). Defendant states that he needs additional time due to pretrial matters. The government does not object. The Court being fully advised in the premises finds that defendant needs additional time. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion for continuance (Doc. 21). The Court **CONTINUES** the jury trial scheduled for November 7, 2016 to **January 9, 2017 to at 9:00 a.m.** The time from the date when the motion was filed, November 4, 2016, until the date to which the trial is rescheduled, January 7,

1

2017, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 7th day of November, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.11.07 09:49:18 -06'00'

**United States District Judge**