IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 16-CR-30053-DRH |
| | ) |
| ERIC D. JACKSON, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois through Ranley R. Killian and herewith enter into the following Stipulation of Facts with the Defendant, Eric D. Jackson (hereinafter "Defendant"), represented by his attorney, Katherine E. Hummel, pertaining to the conduct of the Defendant charged in the indictment in this case and the relevant conduct of the defendant.

1. On or about September 30, 2015, the Defendant, who was employed as a mail carrier by the United States Postal Service, was on his regular mail route in Belleville, IL, located in the Southern District of Illinois, when he was contacted by Postal Inspector J.R. Jackman by telephone.

2. Jackman was contacting the Defendant about two packages that were supposed to be delivered by the Defendant that day on his route.

3. Jackman had information that these packages exhibited characteristics similar to previous packages containing narcotics and or the proceeds of narcotics. Master Sergeant Joe Beliveau of the Metropolitan Enforcement Group of Southwestern Illinois (MEGSI) was working with Jackman and had agreed to have a team watch the two delivery addresses for those

Case 3:16-cr-30053-DRH Document 35 Filed 01/12/17 Page 2 of 3 Page ID #68

packages on the scheduled delivery day. Once the packages were delivered, Beliveau and the MEGSI team intended to knock on the door of the delivery addresses and have a conversation with the recipients of each package.

4. Jackman was contacting the Defendant on his mail route as Beliveau had reported to Jackman that the packages had still not been delivered.

5. On the phone with Jackman, the Defendant stated that he had already delivered both packages. Jackman relayed this information to Beliveau. However, the MEGSI team had been watching both addresses and no delivery had been made.

6. Beliveau subsequently tracked down the Defendant on his route and asked him about the two packages. The Defendant again stated that he had already delivered them.

7. Beliveau informed the Defendant that Beliveau and the MEGSI team had been watching those addresses and Beliveau knew the Defendant had not delivered the packages.

8. The Defendant then confessed that, instead of delivering the packages to the addresses listed on each, he had actually handed the parcels off to someone else in a parking lot at Belleville Memorial Hospital.

9. As a result of the Defendant's false statements, Beliveau and the MEGSI team were unable to track down the two packages.

10. All of the above relevant activity took place in either East St. Louis or Belleville, IL, located in the Southern District of Illinois.

SO STIPULATED:

2

_____
ERIC D. JACKSON
Defendant

_____
KATHERINE E. HUMMEL
Attorney for Defendant

Date: 1-12-17

DONALD S. BOYCE
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Date: 1/12/17

3